

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-16-00219-CV

Style:      In the Interest of B.L.R., a Child

Date motion filed*:      June 6, 2016

Type of motion:      Motion to Compel Supplemental Clerk's Record

Party filing motion:      Appellant A.M.B.

Document to be filed:      Supplemental Clerk's Record

Is appeal accelerated?      Yes (parental termination).

Ordered that motion is:
- ☐ Granted
  - If document is to be filed, document due: N/A.
- ☐ Denied
- ☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
- ☒ Other: _____

After the sealed clerk's record was filed on May 13, 2016, for the underlying trial court cause number 2015-04570J, the reporter's record was filed on May 22, 2016. Because appellants' May 20, 2016 first amended written request for the clerk's record was only made for No. 2015-04570J, on May 25 and June 1, 2016, the Clerk of this Court contacted the trial clerk, which notified appellant's counsel's office that a special clerk's record request was required for the prior trial court cause number 2013-05336J. Accordingly, appellants' motion to compel is **dismissed as moot**. If appellant fails to file a written request for the special clerk's record for No. 2013-05336J in the trial court and file a copy in this Court **within ten days of the date of this order**, this Court will set the briefing schedule without the special clerk's record.

Judge's signature: _/s/ Laura Carter Higley
           ☒ Acting individually      ☐ Acting for the Court

Date: June 16, 2016